JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIS BANK,<br><br>                Plaintiff,<br><br>     v.<br><br>BLUEWATER YACHTING SOLUTIONS, INC.,<br><br>                Defendant. | Case No. 8:25-cv-01408-FLA (JDEx)<br><br>**ORDER DISMISSING ACTION [DKT. 15]** |

On October 31, 2025, Plaintiff Ameris Bank ("Plaintiff") filed a Notice of Dismissal, dismissing the action pursuant to Fed. R. Civ. P. 41. Dkt. 15. Having considered the Notice of Dismissal and finding good cause therefor, the court hereby ORDERS:

1. All dates and deadlines governing this action are VACATED. Plaintiff's Motion for Default Judgment, Dkt. 13, is DENIED as moot.
2. The court DISMISSES the action without prejudice.

IT IS SO ORDERED.

Dated: November 4, 2025

FERNANDO L. AENLLE-ROCHA
United States District Judge